# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lantis Jeton Young,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                      3:07-cv-158

United States of America

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 17, 2007 Order.

**Signed: April 18, 2007**

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court